```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  BENJAMIN GALLOWAY, Bar #214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CARLOS CHAVIRA-ANGELES
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,    )  No. Cr.S. 12-0040-JAM
                                 )
13             Plaintiff,        )
                                 )  STIPULATION AND ORDER TO CONTINUE
14       v.                      )  STATUS CONFERENCE
                                 )
15  CARLOS CHAVIRA-ANGELES,      )  Date:  March 20, 2012
                                 )  Time:  9:30 a.m.
16             Defendant.        )  Judge: Honorable John A. Mendez
                                 )
17  _____)
18
19
20       IT IS HEREBY STIPULATED by and between the parties hereto through
21  their respective counsel, MICHELE BECWITH, Assistant United States
22  Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant
23  Federal Defender, attorney for defendant, that the status conference
24  set for March 6, 2012, at 1:30 p.m., be rescheduled for a change of
25  plea/sentencing hearing to March 20, 2012, at 9:30 a.m..
26       This continuance is being requested as the parties have reached a
27  tentative resolution of the matter, but defense counsel needs
28  additional time to review the probation officer's pre-plea Presentence
```

Report and the plea agreement, and to advise the defendant. The parties agree that time under the Speedy Trial Act should be excluded from the date of this stipulation, February 29, 2012, through and including March 20, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: February 29, 2012     Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Ben Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant

Dated: February 29, 2012     BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the

trial of this matter must be commenced beginning from the date of the stipulation, February 29, 2012, through and including March 20, 2012. pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new change of plea/sentencing hearing date is hereby set for March 20, 2012, at 9:30 a.m..

DATED: 2/29/2012                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court Judge